IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| WILSON OCHAR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-cv-0864 |
| NEIGHBORS BANK, | ) |
| Defendant. | ) |

**ORDER**

On June 28, 2024, this Court dismissed Plaintiff's claims and gave twenty-one (21) days for leave to amend. It appearing to the Court that Plaintiff has not filed an amended complaint within the time given for leave to amend, it is hereby

ORDERED that this case is DISMISSED with prejudice.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 15, 2024

1