IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

WILSON OCHAR, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:24-cv-0864
)
NEIGHBORS BANK, )
)
    Defendant. )

**ORDER**

THIS MATTER comes before the Court on Plaintiff Wilson Ochar's Motion to Amend a Judgment. The Court is of the opinion that the previous ruling on August 15, 2024, dismissing the case with prejudice, is correct for the reasons previously stated. It is hereby

ORDERED that Plaintiff's Motion to Amend Judgment is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 17, 2024